UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **WAIVER OF INDICTMENT** |
| v. | : | Criminal No: 17-529 |
| PARAS JHA | : | |

I, PARAS JHA, the above-named defendant, who is charged with:

> knowingly causing the transmission of a program, information, code, and command, and as a result of such conduct, intentionally causing damage without authorization to a protected computer, in violation of Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), and 2,

being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on (date) December 13, 2017, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Paras Jha
Defendant

_____
Robert Stahl, Esq.
Counsel for Defendant

Before: _____
Honorable Michael A. Shipp
United States District Judge