# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## <u>MINUTES OF PROCEEDINGS</u>

**<u>OFFICE:</u>**  TRENTON

**<u>DATE:</u>** OCTOBER 26, 2018

**<u>JUDGE:</u>**  MICHAEL A. SHIPP

**<u>COURT REPORTER:</u>** CATHY FORD

**<u>TITLE OF CASE</u>:**                                        **DOCKET # 3:17-CR-529-01 (MAS)**
UNITED STATES OF AMERICA
                        vs.
 PARAS JHA
                        DEFENDANT PRESENT

**<u>APPEARANCES:</u>**
Shana W. Chen, AUSA for Government
Robert G. Stahl, Esq. and Laura K. Gasiorowski, Esq. for Defendant
Daniel Carney, U.S. Probation

**<u>NATURE OF PROCEEDINGS</u>**: SENTENCING
In Chambers Conference held.
Probation for a term of 5 years with special conditions: Location Monitoring/Home Incarceration for a
term of 6 months; New Debt Restrictions; Financial Disclosure; and 2,500 hours of Community Service.
Pursuant to 18 U.S.C. § 3564(b), this term of probation is to run concurrently with the terms of probation imposed
in the District of Alaska, Docket Numbers:17-00163 and 17-00164.
Special Assessment: $100.00.
Fine: Waived.
Restitution: $8,624,661.00. (Interest Waived)
Defendant is to forfeit his interest in the following property to the United States: The computers, media storage
devices, and mobile phones listed in Schedule B to the plea agreement, which were seized pursuant to a search
warrant on January 18, 2017.  (ECF No. 5.)
Defendant advised of right to appeal.
Defendant released.

Time Commenced: 12:45 PM
Time Adjourned:     2:45 PM
Total Time:   2 hours

<u>s/Gina Hernandez-Buckley</u>
**DEPUTY CLERK**